UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL J. WOLD,<br><br>　　　　　　Defendant,<br>　　v.<br><br>HOBAN & ASSOCIATES LLC,<br><br>　　　　　　Garnishee-Defendant. | CASE NO. 2:22-mc-00103-LK<br><br>CONTINUING GARNISHMENT ORDER |

　　　　This matter comes before the Court on the United States of America's Motion to Issue Continuing Garnishment Order pursuant to 28 U.S.C. § 3205(c)(7). Dkt. No. 7. A Writ of Continuing Garnishment has been duly issued and served upon the Garnishee, Hoban & Associates, LLC. Dkt. Nos. 2, 5. Pursuant to the Writ, Garnishee Hoban & Associates, LLC, filed its Answer on December 12, 2022, stating that at the time of the service of the Writ,

CONTINUING GARNISHMENT ORDER - 1

Defendant/Judgment Debtor Morgan Michael J. Wold was an active employee who was paid semi-monthly. Dkt. No. 6 at 2.

After notification that the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Wold on or about November 28, 2022, Dkt. No. 5 at 2, Mr. Wold has not requested a hearing to determine exempt property as of this date.

The Court therefore ORDERS as follows:

1. That the Garnishee, Hoban & Associates, LLC, shall pay to the United States District Court for the Western District of Washington, 10 percent of the non-exempt earnings payable to Defendant/Judgment Debtor Michael J. Wold, upon each period of time when Defendant/Judgment Debtor Wold is entitled to receive such funds, and shall continue said payments, if any, until

   a. Defendant/Judgment Debtor Wold's debt is paid in full; or

   b. Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or

   c. further order of this Court.

   This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

2. That such payment shall be applied to Defendant/Judgment Debtor Michael J. Wold's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

3. That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:03-CR-0306-1 and 2:22-MC-00103-LK, and delivered either personally or by First Class Mail to:

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

Dated this 15th day of March, 2023.

*Lauren King*

Lauren King
United States District Judge

CONTINUING GARNISHMENT ORDER - 3